

## NUMBER 13-08-00434-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: TONY CALDERON, EVIDENT MUSIC GROUP, L.L.C., HUERTA LAW FIRM, L.L.P., AND JOSEPH HUERTA

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

On July 9, 2008, relators, Tony Calderon, Evident Music Group, L.L.C., Huerta Law Firm, L.L.P., and Joseph Huerta, filed a petition for writ of mandamus with this Court in which they allege that on May 23, 2008, respondent, the Honorable Nanette Hasette, Presiding Judge of the 28th Judicial District Court of Nueces County, Texas, abused her discretion by denying relators' motion to disqualify opposing counsel. Relators ask this Court to order the respondent to vacate the order denying relators' motion to disqualify

opposing counsel and enter an order granting the motion to disqualify opposing counsel, Rene Rodriguez, from further participation in cause number 08-486-A.

The Court, having examined and fully considered relators' petition for writ of mandamus and the real party in interest's response thereto, is of the opinion that relators have not shown themselves entitled to the relief sought and the petition for writ of mandamus should be denied.

The petition for writ of mandamus is hereby DENIED.  *See* TEX. R. APP. P. 52.8(a).

_____PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of December, 2008.